IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS COLUNGA<br>    Plaintiff | §<br>§<br>§ | |
| V. | § | C.A. NO.: 4:06-cv-01151 |
| | § | |
| SONIC AUTOMOTIVE – 3401 MAIN,<br>TX, L.P., d/b/a RON CRAFT<br>CHEVROLET-CADILLAC-<br>OLDSMOBILE<br>    Defendant | §<br>§<br>§<br>§<br>§ | |

## RULE 41(a)(2) STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, THOMAS COLUNGA, requests entry of this Stipulation of Dismissal under Rule 41(a)(2), Federal Rules of Civil Procedure.

The parties stipulate to and Plaintiff, THOMAS COLUNGA, dismisses with prejudice his action against Defendant, SONIC AUTOMOTIVE – 3401 MAIN, TX, L.P., d/b/a RON CRAFT CHEVROLET-CADILLAC-OLDSMOBILE.  Each party will bear its own costs.

DONE at Houston, Texas, this _____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE

This Dismissal is stipulated to by the Parties:


\_\_\_\_//C. Ed Harrell (with permission) //\_\_\_\_\_
Richard Tomlinson
State Bar No. 20123500
1 Greenway Plaza, Ste. 325
Houston TX 77046
Telephone: (713) 627-2100
Fax: (713) 627-2101
ATTORNEYS FOR PLAINTIFF


\_\_\_\_// C. Ed Harrell //_____
C. Ed Harrell
TBN: 09042500
Hughes, Watters & Askanase, L.L.P.
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002
Telephone: (713) 759-0818
Fax: (713) 759-6834
ATTORNEYS FOR DEFENDANT